IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANK J. SIERAWSKI, and KATHRYN J. SIERAWSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | 8:23CV30<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice signed by both parties. Filing 17. The parties seek dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In this District, after an answer has been filed, such a dismissal generally requires an order of the Court. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal Without Prejudice signed by both parties, Filing 17, is granted, and this case is dismissed without prejudice.

Dated this 2nd day of November, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge